UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | 3:12-cr-00121-LRH-WGC |
| Plaintiff,              ) | |
| ) | MINUTE ORDER |
| vs.              ) | |
| ) | December 18, 2013 |
| BRET OGILVIE and              ) | |
| LINWOOD TRACY, JR.,              ) | |
| ) | |
| Defendants.              ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Defendant Bret Ogilvie's Requests for Records/Transcripts (##286, 287).  This is an improper communication, which is not permitted by the Local Rules; see LR IA 10-6 (a).  Defendant is represented by counsel and " . . . cannot while so represented appear or act in the case."  The motion is a fugitive document and the Clerk of the Court is directed to strike Defendant's Requests (##286, 287) from the record.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk