UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:12-CR-00121-LRH-WGC |
| ) | |
| v. ) | |
| ) | ORDER |
| BRET OGILVIE, ) | |
| LINWOOD TRACY, JR., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendant Bret Ogilvie's ("Ogilvie") Motion for Records/Transcripts. Doc. #319.[1] The United States filed a Response (Doc. #325), to which Ogilvie replied (Doc. #330).

The Court has reviewed the relevant documents and pleadings on file in this matter and finds that it would be premature to grant Ogilvie's request to provide him with "[a]ll records/transcripts of every hearing in this case, including the trial and pre-trial." *See* Doc. #319. To date, the Ninth Circuit has not yet determined whether to allow Ogilvie to proceed on appeal without the assistance of counsel. In the event the Ninth Circuit permits Ogilvie to self-represent, he may renew his Motion for Records/Transcripts before the Court.

///

///

///

---

[1] Refers to the Court's docket number.

1    IT IS THEREFORE ORDERED that Ogilvie's Motion for Records/Transcripts (Doc. #319)
2 is DENIED.
3    IT IS SO ORDERED.
4    DATED this 4th day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE