UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>BRET OGILVIE and<br>LINWOOD TRACY, JR.,<br><br>                                   Defendants. | Case No. 3:12-cr-00121-LRH-WGC<br><br>MINUTE ORDER<br><br>November 2, 2016 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):           NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   Before the court is defendant Bret Ogilvie's Motion Pursuant to this Court's Positive Averment and motion/request for bill (ECF Nos. 358, 375), and the government has responded to each motion (ECF Nos. 363, 376, respectively). Defendant Ogilvie's motions are nonsensible, illogical, lack any legal basis, are not supported by a memorandum of points and authorities, and fail to include any points and authorities.  *See* LCR 47-1 and 47-3.

   Good cause appearing, defendant's motions (ECF Nos. 358, 375) are DENIED.

   IT IS SO ORDERED.

                                                                     LANCE S. WILSON, CLERK

                                                                     By:            /s/            

                                                                     Deputy Clerk